FILED

04/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0621

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0621

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAY DONALD WITKOWSKI,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 3, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 2 2021